# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs, <br><br> v. <br><br> MICRO LABS LIMITED and MICRO LABS USA, INC., <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs AstraZeneca LP, AstraZeneca AB, and AstraZeneca Pharmaceuticals LP (collectively "AstraZeneca" or "Plaintiffs"), by its attorneys, hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, against defendants Micro Labs Limited and Micro Labs USA, Inc. (collectively "Micro Labs" or "Defendant"). This action relates to Abbreviated New Drug Application ("ANDA") No. 208539 ("ticagrelor ANDA") filed by Defendant Micro Labs Limited with the U.S. Food and Drug Administration ("FDA") for approval to market generic versions of AstraZeneca's BRILINTA® (ticagrelor) drug product prior to expiration of AstraZeneca's U.S. Patent No. 8,425,934 ("the '934 patent") that is listed in the *Approved Drug Products with Therapeutic Equivalence Evaluations* ("Orange Book") for BRILINTA®.

## PARTIES

2. AstraZeneca is engaged in the business of creating, developing, and bringing to market revolutionary biopharmaceutical products to help patients prevail against serious diseases, including treatments for cardiovascular diseases.

3. Plaintiff AstraZeneca LP, the holder of New Drug Application ("NDA") No. 022433 for BRILINTA® (ticagrelor), is a limited partnership operating and existing under the laws of Delaware, with its principal place of business at 1800 Concord Pike, Wilmington, Delaware 19803. Defendant specifically directed its Notice Letter to AstraZeneca LP.

4. Plaintiff AstraZeneca AB is a company operating and existing under the laws of Sweden, with its principal place of business at SE-151 85 Södertälje, Sweden. AstraZeneca AB is the owner of the '934 patent, and Defendant specifically directed its Notice Letter to AstraZeneca AB.

5. Plaintiff AstraZeneca Pharmaceuticals LP is a limited partnership operating and existing under the laws of Delaware, with its principal place of business at 1800 Concord Pike, Wilmington, Delaware 19803. AstraZeneca Pharmaceuticals LP markets and sells BRILINTA® in this judicial district and throughout the United States.

6. On information and belief, defendant Micro Labs Limited is a corporation organized and existing under the laws of India, having a principal place of business at 27 Race Course Road, Bangalore 560 001, India. On information and belief, Micro Labs Ltd. is in the business of manufacturing, marketing, distributing, offering for sale, and selling generic drug products.

7. On information and belief, defendant Micro Labs USA Inc. is a corporation organized and existing under the laws of the state of New Jersey, having its principal place of

business at 104 Carnegie Center, Suite 216, Princeton, NJ 08540.  On information and belief, Micro Labs USA Inc. is a wholly owned subsidiary of Micro Labs Limited.  For example, Micro Labs USA Inc.'s website states that "Micro Labs Limited, the parent company of Micro Labs USA, Inc, was founded in 1973 by Mr G C Surana and is currently ranked 10th among prescriptions and 20th in sales in the India local market." *See* http://www.microlabsusa.com/parentcompany (accessed Nov. 2, 2015).

## JURISDICTION AND VENUE

8. Each of the preceding paragraphs 1 to 7 is re-alleged and re-incorporated as if fully set forth herein.

9. This action arises under the patent laws of the United States, 35 U.S.C. §§ 100, *et seq.*, and this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

10. Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b).

11. On information and belief, Micro Labs USA, Inc. is subject to personal jurisdiction in this district because, *inter alia*, Micro Labs USA, Inc. has committed, aided, abetted, actively induced, contributed to, or participated in the commission of an act of patent infringement that has led and/or will lead to foreseeable harm and injury to Plaintiffs, including Plaintiffs AstraZeneca Pharmaceuticals LP and AstraZeneca LP, which are both Delaware limited partnerships.  For example, Micro Labs USA, Inc. sent the Notice Letter into the state of Delaware to AstraZeneca LP, which is incorporated and has its principal place of business in Delaware, which has led and/or will lead to foreseeable harm and injury to the Plaintiffs in Delaware.

12. On information and belief, this Court has jurisdiction over Micro Labs Limited. On information and belief, Micro Labs Limited, directly or through its subsidiary Micro Labs USA, Inc., manufactures, markets, imports, and sells generic drugs for distribution in the District of Delaware and throughout the United States. On information and belief, Micro Labs Limited purposefully has conducted and continues to conduct business, directly or through its subsidiaries Micro Labs USA, Inc., in the District of Delaware, and this judicial district is a likely destination of generic products by Micro Labs Limited.

13. As a part of this business, on information and belief, Micro Labs Limited and Micro Labs USA Inc. are part of a vertically integrated and unified organization. On information and belief, Micro Labs Limited and Micro Labs USA Inc. act in concert with each other with respect to the regulatory approval, manufacturing, marketing, sale, and distribution of generic pharmaceutical products in the District of Delaware and throughout the United States. For example, Micro Labs USA Inc.'s website states that:

> Micro Labs USA Inc. is a wholly owned subsidiary of Micro Labs Limited, India, which is among the top twenty pharmaceutical companies in India and was founded in 1973. The US headquarters will be marketing high quality, affordable generic medicines that will be trusted by patients and health care professionals. . . . These products will be manufactured in two state-of-the-art FDA approved facilities in Goa and Bangalore, India focusing on oral solid tablets & capsules, ophthalmics and oral solutions. Micro Labs USA, Inc currently has six FDA approved generic products and has filed more than twenty ANDA's that are with the FDA at various stages of review. Micro Labs is planning to file ten to fifteen ANDA's annually.

http://www.microlabsusa.com/microlabsusa (accessed Nov. 2, 2015).

14. On information and belief, Micro Labs Limited and Micro Labs USA Inc. acted in concert to develop the proposed generic product that is the subject of the ticagrelor ANDA to

seek regulatory approval from FDA to market and sell the proposed ANDA product in the District of Delaware and throughout the United States.

15. On information and belief, this Court has jurisdiction over Micro Labs. On information and belief, Micro Labs USA, Inc. is acting as the agent of Micro Labs Limited with respect to the filing of the ticagrelor ANDA. For example, the Notice Letter was signed by "Dr. Kumar Sekar, Ph.D., Vice President and Head of Regulatory Affairs, Micro Labs USA, Inc.," located at 104 Carnegie Center, Suite 216, Princeton, NJ 08540, but stated that the FDA received the ticagrelor ANDA, the ANDA at issue in this litigation, from "Micro Labs Limited."

16. On information and belief, following any FDA approval of ticagrelor ANDA, Micro Labs Ltd. and Micro Labs USA Inc. will act in concert to market, distribute, offer for sale, and sell Micro Labs' generic version of ticagrelor throughout the United States and within Delaware. On information and belief, following any FDA approval of ticagrelor ANDA, Micro Labs knows and intends that its generic version of ticagrelor will be marketed, used, distributed, offered for sale, and sold in the United States and within Delaware.

17. This Court also has jurisdiction over Micro Labs because Micro Labs has previously been sued in this judicial district without objecting on the basis of lack of personal jurisdiction and has availed itself of Delaware courts through the assertion of counterclaims. *See, e.g., Alcon Research, Ltd. v. Micro Labs Limited and Micro Labs USA Inc.* C.A. No. 14-cv-00014.

18. This Court also has personal jurisdiction over Micro Labs because, *inter alia*, Micro Labs has purposefully availed itself of the rights and benefits of Delaware law by engaging in systematic and continuous contacts with the state of Delaware. On information and belief, Micro Labs regularly and continuously transacts business within the state of Delaware,

- 5 -

including by selling pharmaceutical products in Delaware, directly and/or through affiliates, and/or by continuously and systematically placing goods into the stream of commerce for distribution throughout the United States, including Delaware. On information and belief, Micro Labs Ltd. and Micro Labs USA Inc. have done so with each other's authorization, participation, assistance, and/or acting in concert with each other. On information and belief, Micro Labs derives substantial revenue from the sale of those products in Delaware and has availed itself of the privilege of conducting business within the State of Delaware.

19. For these reasons and for other reasons that will be presented to the Court if jurisdiction is challenged, the Court has personal jurisdiction over Micro Labs.

## PATENT-IN-SUIT

20. On April 23, 2013, the U.S. Patent and Trademark Office duly and legally issued the '934 patent, entitled "Pharmaceutical compositions." A true and correct copy of the '934 patent is attached hereto as **Exhibit A**. The claims of the '934 patent are valid and enforceable. AstraZeneca AB is the owner of the '934 patent by assignment and has the right to enforce it.

21. AstraZeneca LP is the holder of NDA No. 022433 by which FDA granted approval for the marketing and sale of ticagrelor tablets in 90 mg and 60 mg dosage strengths, to reduce the rate of cardiovascular death, myocardial infarction, and stroke in patients with acute coronary syndrome (ACS) or a history of myocardial infarction (MI). AstraZeneca markets ticagrelor tablets in the United States, through its Delaware subsidiary AstraZeneca Pharmaceuticals LP, under the trade name "BRILINTA®." FDA's official publication of approved drugs, the Orange Book, includes BRILINTA® in 90 mg and 60 mg dosage strengths together with the Orange Book Patents.

## INFRINGEMENT BY DEFENDANT

22. Each of the preceding paragraphs 1 to 21 is re-alleged and re-incorporated as if fully set forth herein.

23. In a letter dated September 21, 2015 ("the Notice Letter"), Micro Labs notified AstraZeneca LP that Micro Labs had submitted its ticagrelor ANDA to the FDA under Section 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)).

24. The Notice Letter states that Micro Labs is seeking approval from the FDA to engage in the commercial manufacture, use, and sale of generic ticagrelor tablets before the expiration of the '934 patent. On information and belief, Micro Labs intends to engage in the commercial manufacture, use, and sale of its generic ticagrelor tablets after receiving FDA approval to do so.

25. In the Notice Letter, Micro Labs notified AstraZeneca that its ANDA contained a "Paragraph IV certification" asserting that the '934 patent is invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, and sale of generic ticagrelor tablets by Micro Labs.

26. This Complaint is being filed before the expiration of the forty-five days from the date AstraZeneca received the Notice Letter.

## COUNT I (INFRINGEMENT OF THE '934 PATENT)

27. Each of the preceding paragraphs 1 to 26 is re-alleged and re-incorporated as if fully set forth herein.

28. Defendant's submission of its ticagrelor ANDA to obtain approval to engage in the commercial manufacture, use, offer to sell, or sale of generic ticagrelor tablets prior to the expiration of the '934 patent constituted an act of infringement under 35 U.S.C. § 271(e)(2)(A).

29. If Defendant's marketing and sale of generic ticagrelor tablets prior to expiration of the '934 patent and all other relevant exclusivities is not enjoined, AstraZeneca will suffer substantial and irreparable harm for which there is no remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, AstraZeneca respectfully prays that this Court grant the following relief:

30. A judgment that the claims of the '934 patent are not invalid, not unenforceable, and are infringed by Defendant's submission of its ticagrelor ANDA, and that Defendant's making, using, offering to sell, or selling in the United States, or importing into the United States Defendant's generic ticagrelor tablets will infringe the '934 patent.

31. An order pursuant to 35 U.S.C. § 271(e)(4)(A) providing that the effective date of any approval of Defendant's ticagrelor ANDA shall be a date which is not earlier than the expiration date of the '934 patent, including any extensions and/or additional periods of exclusivity to which AstraZeneca is or becomes entitled.

32. An order permanently enjoining Defendant, its affiliates, subsidiaries, and each of its officers, agents, servants and employees, and those acting in privity or concert with them, from making, using, offering to sell, or selling in the United States, or importing into the United States Defendant's generic ticagrelor tablets until after the latest expiration date of the '934 patent, including any extensions and/or additional periods of exclusivity to which AstraZeneca is or becomes entitled.

33. Damages or other monetary relief to AstraZeneca if Defendant engages in commercial manufacture, use, offers to sell, sale, or importation in or into the United States of Defendant's generic ticagrelor tablets prior to the latest expiration date of the '934 patent,

including any extensions and/or additional periods of exclusivity to which AstraZeneca is or becomes entitled.

34. Such further and other relief as this Court deems proper and just, including any appropriate relief under 35 U.S.C. § 285.

| | |
|---|---|
| DATED: November 4, 2015 | McCarter & English, LLP |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| | *Attorneys for Plaintiffs AstraZeneca AB, AstraZeneca Pharmaceuticals LP, and AstraZeneca LP* |

OF COUNSEL:

Charles E. Lipsey
Ryan P. O'Quinn
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
Charles.Lipsey@finnegan.com
Ryan.O'Quinn@finnegan.com

Mark J. Feldstein
Jill K. MacAlpine
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000
Mark.Feldstein@finnegan.com
Jill.MacAlpine@finnegan.com