IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MICRO LABS LIMITED AND MICRO LABS USA, INC.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 15-1013-RGA |

**PLAINTIFFS' MOTION TO DISMISS THEIR
COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(2) AND
DEFENDANTS' COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Plaintiffs/Counterclaim Defendants AstraZeneca LP, AstraZeneca AB, and AstraZeneca Pharmaceuticals LP (collectively, "Plaintiffs") respectfully move to dismiss their Complaint (D.I. 1) pursuant to Fed. R. Civ. P. 41(a)(2), without prejudice.  Plaintiffs additionally move to dismiss the counterclaims (D.I. 10) of Defendants Micro Labs Ltd. and Micro Labs, USA, Inc. (collectively, "Defendants") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, or alternatively, respectfully request that the Court decline to hear those counterclaims under the discretion afforded to the Court by the Declaratory Judgment Act, thereby terminating this case.

The requested relief is warranted for the reasons set forth in Plaintiffs' Opening Brief in Support of Their Motion to Dismiss Their Complaint Pursuant to Fed. R. Civ. P. 41(a)(2) and Defendants' Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6), filed concurrently herewith.

ME1 21802062v.1

Plaintiffs met-and-conferred with Defendants on December 16, December 21, and December 22, 2015 in an attempt to resolve this dispute by agreement; however, the parties could not agree to terms for a stipulation to dismiss this action.

| | |
|---|---|
| DATED: January 8, 2016 | Respectfully submitted, |
| | |
| | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| | |
| | *Attorneys for Plaintiffs AstraZeneca AB, AstraZeneca Pharmaceuticals LP, and AstraZeneca LP* |
| OF COUNSEL: | |

Charles E. Lipsey (admitted *pro hac vice*)
Ryan P. O'Quinn (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
Charles.Lipsey@finnegan.com
Ryan.O'Quinn@finnegan.com

Mark J. Feldstein (admitted *pro hac vice*)
Jill K. MacAlpine  (admitted *pro hac vice*)
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000
Mark.Feldstein@finnegan.com
Jill.MacAlpine@finnegan.com

ME1 21802062v.1