# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, and ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> MICRO LABS LIMITED AND MICRO LABS USA, INC., <br><br> Defendants/Counterclaim Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-1013-RGA |

## [PROPOSED] ORDER

At Wilmington, this _____ day of _____, 2016, having considered Plaintiffs' Motion to Dismiss Their Complaint Pursuant to Fed. R. Civ. P. 41(a)(2) and Defendants' Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6);

IT IS HEREBY ORDERED that the foregoing motion is GRANTED.  Plaintiffs' Complaint (D.I. 1) and Defendants' Counterclaims (D.I. 10) are dismissed without prejudice.

This action is hereby dismissed without prejudice with each party to bear its own fees and costs.

_____
Judge Richard G. Andrews
United States District Judge

ME1 21802071v.1