IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>MICRO LABS LIMITED AND MICRO LABS USA, INC.,<br><br>Defendants. | Civil Action No. 15-1013-RGA |

### STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE ALL CLAIMS AND COUNTERCLAIMS

This stipulation is made by and between Plaintiffs AstraZeneca LP, AstraZeneca AB, and AstraZeneca Pharmaceuticals LP (collectively, "AstraZeneca" or "Plaintiffs"); and Defendants Micro Labs Limited and Micro Labs USA, Inc. (collectively, "Micro Labs" or "Defendants").

WHEREAS, Plaintiffs filed suit against Defendants in the above-captioned case (the "Action");

WHEREAS, Defendants answered Plaintiffs' Complaint and filed counterclaims for a declaratory judgment of non-infringement of U.S. Patent No. 8,425,934, a declaratory judgment of the invalidity of the same patent, and an exceptional case finding under 35 U.S.C. § 285 on November 24, 2015;

ME1 21967373v.1

WHEREAS, in an effort to expedite resolution of this Action, Plaintiffs asked for and received from Defendants confidential information associated with Micro Labs' ANDA No. 208539 pursuant to Delaware Local Rule 26.2;

NOW THEREFORE, in light of the information provided by Micro Labs and in reliance thereon by AstraZeneca, it is hereby stipulated and agreed, subject to the approval of the Court, that:

1. All claims of Plaintiffs' Complaint in this Action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2. All of Defendants' counterclaims in this Action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

3. This Action will be terminated, upon entry of this Stipulation and [Proposed] Order by the Court, with each party to bear its own costs and fees.

SO STIPULATED:

| MCCARTER & ENGLISH, L.L.P. | MORRIS JAMES, L.L.P. |
|---|---|
| /s/ Daniel M. Silver<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>bsmyth@mccarter.com | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com |
| OF COUNSEL:<br><br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, L.L.P.<br><br>Charles E. Lipsey (admitted *pro hac vice*)<br>Ryan P. O'Quinn (admitted *pro hac vice*)<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700<br>Charles.Lipsey@finnegan.com<br>Ryan.O'Quinn@finnegan.com<br><br>Mark J. Feldstein (admitted *pro hac vice*)<br>Jill K. MacAlpine (admitted *pro hac vice*)<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>(202) 408-4000<br>Mark.Feldstein@finnegan.com<br>Jill.MacAlpine@finnegan.com<br><br>*Attorneys for Plaintiffs AstraZeneca AB,*<br>*AstraZeneca Pharmaceuticals LP, and*<br>*AstraZeneca LP* | OF COUNSEL:<br><br>COHEN & GRESSER L.L.P<br><br>Gurpreet Singh Walia, M.D. (admitted *pro hac vice*)<br>800 Third Avenue<br>New York, NY 10022<br>(212) 707-1329<br>gwalia@cohengresser.com<br><br>RICHARD G. GRECO, P.C.<br><br>Richard G. Greco (admitted *pro hac vice*)<br>c/o Cohen & Gresser L.L.P<br>800 Third Avenue<br>New York, NY 10022<br>(212) 203-7625<br>rgreco@cohengresser.com<br><br>*Attorneys for Defendants Micro Labs Limited*<br>*and Micro Labs USA, Inc.* |

DATED: February 8, 2015

- 3 -

IT IS SO ORDERED this __9__ day of __Feb__, 2016.

*Richard G. Andrews*
RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE